IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|                              |     |                                |
| ---------------------------- | --- | ------------------------------ |
| UNITED STATES OF AMERICA     |  :  |                                |
|                              |  :  |                                |
| v.                           |  :  | Criminal Case No. DKC 18-0193  |
|                              |  :  |                                |
| DANIEL WHITEHURST            |  :  |                                |
|                              |  :  |                                |

**ORDER**

Defendant has filed a motion to modify the conditions of his pretrial release. (ECF No. 13). Assistant United States Attorney Marty Clarke and Pretrial Services Officer James Dagro consent to Mr. Whitehurst's request. Accordingly, it is this 18th day of January, 2019, by the United States District Court for the District of Maryland hereby ORDERED that:

1.   Mr. Whitehurst's request to travel (ECF No. 13) BE, and the same hereby IS, GRANTED;

2.   Mr. Whitehurst may travel to Cancun, Mexico from Thursday, February 7, 2019, through Sunday, February 10, 2019, to attend a wedding, provided his itinerary is approved by his Supervising Pretrial Officer, James Dagro, prior to travel;

3.   The Order Setting Conditions of Release BE, and the same IS, TEMPORARILY MODIFIED to allow Mr. Whitehurst to apply or renew his passport for the limited purpose herein;

4.	Upon his return from Mexico, Mr. Whitehurst IS DIRECTED to surrender his passport to the Clerk of Court;

5.	All previously imposed terms and conditions of release remain in full force and effect; and

6.	The clerk is directed to transmit a copy of this Order to counsel of record and to Pretrial Services Officer James Dagro.


_____/s/_____
DEBORAH K. CHASANOW
United States District Judge