LAW OFFICES
## KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600

BALTIMORE, MARYLAND 21202-3201

DAVID B. IRWIN
DIRECT DIAL
(410) 347-7402

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

E-MAIL
dirwin@kg-law.com
DIRECT FACSIMILE
(667) 677-9601

January 28, 2021

**VIA: ELECTRONIC FILING**
The Honorable Deborah K. Chasanow
District Judge
6500 Cherrywood Lane
Suite 400
Greenbelt, MD 20770

              Re:    United States of America v. Daniel Whitehurst
                       Criminal No.: DKC-18-0193

Dear Judge Chasanow:

Please be advised that the sentencing in this matter is scheduled for Thursday, February 11, 2021 at 11:30 a.m. by way of a virtual proceeding.

The defense will be calling three (3) very brief character witnesses at the sentencing hearing and we anticipate the hearing will last approximately one hour.

Thank you very much for your courtesy in this matter.

Very truly yours,

*David B. Irwin*

David B. Irwin

cc:    AUSA Martin J. Clarke (via: electronic filing)

20187/0/03571351.DOCXv1